## SAPIR & FRUMKIN LLP
### ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL SAbraham@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
WILLIAM F. CUSACK III
ELIZABETH E. HUNTER***
SCOTT R. ABRAHAM**

*ADMITTED IN NY & CT
**ADMITTED IN NY & NJ
***ADMITTED IN NY & CA

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

# MEMO ENDORSED

July 23, 2008

<u>*Via Facsimile Transmission Only*</u>
*Facsimile No.: (914) 390-4152*

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

      Re:    *Adrian Huff, et al v. Doriguzzi Excavating, Inc.*
              *Docket No. 08-Civ.1910 (KMK)(MDF)*
              *Our File No. 07-7831*

Dear Judge Karas:

    Our firm represents Adrian Huff, *et al.* (Plaintiff) in the above-referenced matter. With the permission of Eric, we write you in advance of the conference scheduled for July 30, 2008. Both parties have been actively engaging in settlement discussions and the parties will be entering into a settlement stipulation and Stipulation and Order of Dismissal within a few days. Although neither party objects to appearing before Your Honor for a conference, based upon the foregoing, both parties have agreed that a conference may be unnecessary at this time and wasteful of judicial resources. Therefore, we respectfully request an adjournment of the upcoming conference, pending execution of the settlement stipulation and Stipulation and order of Dismissal.

Hon. Kenneth M. Karas      -2-      July 23, 2008
United States District Judge

Please do not hesitate to contact the undersigned should you have any questions.

Respectfully submitted,

Scott R. Abraham (SA 6808)

SRA:aa

cc:     Denise Sullivan, Esq. (via first class mail)
        Adrian Huff, Fund Chairman (via facsimile)
        Sharon Molinelli, Fund Administrator (via facsimile)
        David Kramer, Esq. (via hand delivery)

F:\APPLICAT\WP\TEAMSTER\Doriguzzi\Letters\L-Karas 07.23.08 wpd\dp

*[Handwritten note:]* Conference will be held unless the parties represent they have settled the case.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/24/08